UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOHN ALLAN LUKE ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No.1:08-cv-00496 (LO/JFA) |
| ) | |
| ANTONY FRANCIS GIL ) | |
| ) | |
| Defendant, Third Party Plaintiff ) | |
| and Counterclaim Defendant ) | |
| ) | |
| v. ) | |
| ) | |
| JOHN DAVID BURNS, JR. ) | |
| ) | |
| Third-Party Defendant ) | |
| and Counterclaim Plaintiff ) | |
| ) | |

## CONSENT ORDER OF DISMISSAL

UPON the joint request of all parties as evidenced by their signatures below, it is, this 20th day of April, 2009,

ORDERED that this case and all claims, counterclaims, cross claims and third party claims be and hereby are DISMISSED WITH PREJUDICE, each party to bear its own costs and legal fees.

/s/
**Liam O'Grady**
**United States District Judge**

WE ASK FOR THIS:

JOHN ALLAN LUKE by counsel

_____/s/_____
Henry St J FitzGerald VSB #6546
2200 Wilson Boulevard, Suite 800
Arlington, VA 22201
hstf1@aol.com
(703) 525-8753, ext. 620
Fax: (703) 525-2489

_____
Brian P. Murphy, Counsel *pro hac vice*
1912 Sunderland Place, NW
Washington DC 20036
BMurphy@washlaw.com
(202) 530-7166   Fax (202) 331-3803

_____
David Zachary Kaufman VSB 33135
Counsel for Defendant Gil
Kaufman Law, A Professional Corporation
11350 Random Hills Road, Suite 800
Fairfax, VA 22030
david@BusinessBrawls.com
703-764-9080

_____
James/John David Burns Jr., pro se
7211 Murray Lane
Annandale, VA 22003
(240) 605-7947